I am instructed by the court to say that the decision in *Bethell* v. *Demaret*, 10 Wall. 537, decided at this term, is regarded as governing this case.

*The writ of error must therefore be dismissed.*

*Mr. P. Phillips* for plaintiff in error.

*Mr. Louis Janin* for defendants in error.

---

## EX PARTE LOUD.

### ORIGINAL.

No. 8. Original. Argued January 26, 1872. — Decided March 25, 1872.

*Ex parte McNiel*, 13 Wall. 236, followed.

PETITION of a writ of prohibition to the District Court of the United States for the Eastern District of New York. The case is stated in the opinion.

MR. JUSTICE SWAYNE delivered the opinion of the court.

This case differs in no material particular from the case of the like application by *Alexander McNiel* just decided, 13 Wall. 236. The same considerations apply, and the result must be the same.

*The application is denied and the petition dismissed.*

*Mr. C. Donohue* for petitioner.

*Mr. F. A. Wilcox* for respondent.

---

## HOLMES *v.* SEVIER.

**APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE EASTERN DISTRICT OF ARKANSAS.**

No. 31. Argued and submitted November 8, 1871. — Decided May 6, 1872.

The liability of the maker of a note given for the purchase of slaves before the civil war was not affected by their emancipation.

THE case is stated in the opinion.

MR. JUSTICE SWAYNE delivered the opinion of the court.

This is an appeal in equity from the decree of the Circuit Court of the United States for the Eastern District of Arkansas.

The bill was filed by the appellants to enforce the payment of the balance due upon a promissory note, bearing date on the 25th of December, 1856, made by John A. Jordan, since deceased, to Robert Ryan, also since deceased, for ten thousand dollars, payable on the first of January, A. D. 1860, with interest at the rate of ten per cent per annum from date until paid. The note